UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re: SEARS HOLDINGS CORPORATION, et al.,

                        Debtors.

MOAC MALL HOLDINGS LLC,

                        Appellant,

-against-

TRANSFORM HOLDCO LLC and
SEARS HOLDINGS CORPORATION, et al.

                        Appellees.

No. 19 Civ. 09140 (CM)

**ORDER**

McMahon, C.J.:

    This Court has set the following schedule on Appellee Transform Holdco LLC's Motion for Rehearing (Dkt. No. 29). Appellant's response, limited solely to the issue of whether this Court lacks appellate jurisdiction over Appellant's appeal, is due March 27, 2020.

SO ORDERED:

Dated: March 17, 2020
New York, New York

*[signature]*

Chief Judge

BY ECF TO ALL PARTIES

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/20

1