UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re: SEARS HOLDINGS CORPORATION,
et al.,

                            Debtors.

MOAC MALL HOLDINGS LLC,

                            Appellant,        No. 19 Civ. 09140 (CM)

    -against-

TRANSFORM HOLDCO LLC and
SEARS HOLDINGS CORPORATION, et al.

                            Appellees.
------------------------------------------------------------x

## REGARDING FURTHER QUESTIONS

Counsel:

    There is no need for you to answer my last question. I have figured out why it was not only right but necessary to vacate the assumption as well as the assignment. I apologize for the frolic and detour and move back to your main arguments. My head still aches.

Dated: April 25, 2024

                                                                     U.S.D.J.

BY ECF TO ALL COUNSEL