UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re: SEARS HOLDINGS CORPORATION,
et al.,

                                  Debtors.

MOAC MALL HOLDINGS LLC,

                      Appellant,               No. 19 Civ. 09140 (CM)

     -against-

TRANSFORM HOLDCO LLC and
SEARS HOLDINGS CORPORATION, et al.

                    Appellees.

------------------------------------------------------------x



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED: 5/15/24

### ORDER GRANTING MOAC'S REQUEST FOR A TEMPORARY STAY

On May 3, 2024, this Court issued a Decision and Order Dismissing Appeal as Moot for Lack of Remedy [Dkt. No. 82] (the "Order"). Pursuant to Bankruptcy Rule 8025(a), this Order is automatically stayed for 14 days after entry, which stay will expire on May 17, 2024, unless further extended by the Court.

On May 10, 2024, Appellant/Cross-Appellee MOAC Mall Holdings LLC ("MOAC") moved for a stay pending appeal of the Order [Dkt. No. 85] (the "Motion"). Alternatively, to the extent this Court requires briefing that would delay a decision on the Motion beyond May 17, 2024, MOAC requested that the Court issue an immediate temporary stay of the Order (the "Temporary Stay") to permit such briefing and decision without expiration of the stay of the Order. As of the date hereof, neither Transform Holdco LLC nor the SRZ Liquidating Trustee has filed any response to the Motion.

MOAC's request for a Temporary Stay is hereby GRANTED. The Court's Order is stayed pending the Court's decision on MOAC's Motion for Stay Pending Appeal. Opposition briefs, if any, are due May 24, 2024.

Dated: May 15, 2024

*Loretta A. Preska*

Loretta A. Preska, U.S.D.J. (Part I)

BY ECF TO ALL COUNSEL