COPY

Case No. 19 CIV 9140 (CM)

# United States District Court
# for the Southern District of New York

IN RE SEARS HOLDINGS CORPORATION, *et al.*,

Debtors.

MOAC MALL HOLDINGS LLC,

Appellant / Cross-Appellee,

v.

TRANSFORM HOLDCO LLC,

Appellee / Cross-Appellant,

and

SEARS HOLDINGS CORPORATION,

Debtor-Appellee.

**On Remand from the United States
Court of Appeals for the Second Circuit**

### NOTICE OF MOTION TO SUPPLEMENT THE RECORD

**PLEASE TAKE NOTICE THAT,** MOAC Mall Holdings LLC ("MOAC") respectfully moves for entry of an order pursuant to Federal Rule of Civil Procedure 32(a)(6) permitting the record to be supplemented with twelve additional pages of the Primark deposition transcript that were selectively omitted by the SRZ Liquidating Trust and Transform Holdco LLC from the evidentiary submissions included with their reply brief (Dkt. No. 188) in support of their motion with respect to the bond MOAC posted pending appeal (Dkt. No. 110, "Bond Motion").

MOAC respectfully requests that the Court **GRANT** MOAC's motion and enter an order supplementing the record on the Bond Motion with pages 115-117 and 128-136 of the deposition

2/27/2026
Motion granted.

transcript of Jerod Dinking, together with Exhibits 10, 12, 13, and 15 thereto as compiled in Exhibit

A to the attorney declaration of Andrew G. Devore submitted herewith.

Dated:  February 17, 2026                    Respectfully submitted,
        New York, NY

                                             /s/ *Andrew G. Devore*
                                             ROPES & GRAY LLP
                                             Andrew G. Devore
                                             1211 Avenue of the Americas
                                             New York, NY 10036
                                             Telephone: (212) 596-9000

                                             Douglas Hallward-Driemeier
                                             2099 Pennsylvania Ave., N.W.
                                             Washington, DC 20006
                                             Telephone: (202) 508-4600

                                             *Counsel for MOAC Mall Holdings LLC*