Case No. 19 CIV 9140 (CM)

# United States District Court
## for the Southern District of New York

IN RE SEARS HOLDINGS CORPORATION, *et al.*,

*Debtors.*

MOAC MALL HOLDINGS LLC,

*Appellant / Cross-Appellee,*

v.

TRANSFORM HOLDCO LLC,

*Appellee / Cross-Appellant,*

and

SEARS HOLDINGS CORPORATION,

*Debtor-Appellee.*

**On Remand from the United States
Court of Appeals for the Second Circuit**

### NOTICE OF MOTION TO SEAL

**PLEASE TAKE NOTICE THAT,** MOAC Mall Holdings LLC ("MOAC") respectfully moves, pursuant to Federal Rule of Civil Procedure 5.2 and the Stipulated Protective Order (Dkt. No. 141), the Court for entry of an order permitting the filing under seal of Exhibits 12 and 13 attached to the January 15, 2025 deposition of Jerod Dinkin (the "Dinkin Transcript") attached to the Declaration of Andrew G. Devore (the "Devore Declaration", Dkt. No. 199) filed on February 17, 2026 in Support of MOAC's Motion to Supplement the Record on the Bond Motion (Dkt. No. 197).

2/27/2026
Motion granted, for substantially the reasons set forth in the moving brief

MOAC respectfully requests that the Court **GRANT** MOAC's motion and enter an order permitting MOAC to file Exhibits 12 and 13 to the Dinkin Transcript attached to the Devore Declaration (Dkt. No. 199) under seal and to direct the clerk to maintain such exhibit under seal.

Dated: February 19, 2026
      New York, NY

Respectfully submitted,

/s/ *Andrew G. Devore*
ROPES & GRAY LLP
Andrew G. Devore
1211 Avenue of the Americas
New York, NY 10036
Telephone: (212) 596-9000

Douglas Hallward-Driemeier
2099 Pennsylvania Ave., N.W.
Washington, DC 20006
Telephone: (202) 508-4600

*Counsel for MOAC Mall Holdings LLC*