COPY

Case No. 19 CIV 9140 (CM)

# United States District Court
## for the Southern District of New York

IN RE SEARS HOLDINGS CORPORATION, *et al.*,

      *Debtors.*

MOAC MALL HOLDINGS LLC,

      *Appellant / Cross-Appellee,*

     v.

TRANSFORM HOLDCO LLC,

      *Appellee / Cross-Appellant,*

    and

SEARS HOLDINGS CORPORATION,

      *Debtor-Appellee.*

**On Remand from the United States
Court of Appeals for the Second Circuit**

**NOTICE OF MOTION TO SEAL**

  **PLEASE TAKE NOTICE THAT,** MOAC Mall Holdings LLC ("MOAC") respectfully moves, pursuant to Federal Rule of Civil Procedure 5.2 and the Stipulated Protective Order (Dkt. No. 141), the Court for entry of an order permitting the filing under seal of Exhibits C and H attached to the Silbert Declaration filed on February 6, 2026 in Support of SRZ Liquidating Trust's Reply Brief in Support of Motion to (I) Enforce Liability of Supersedeas Bond, and (II) for Entry of Judgment for Damages in Excess of the Bond (Dkt. No. 190, the "Silbert Declaration").

  MOAC respectfully requests that the Court **GRANT** MOAC's motion and enter an order permitting the Trust to file Exhibits C and H attached to the Silbert Declaration (Dkt. No. 190) under seal and to direct the clerk to maintain such exhibit under seal.

*2/27/2026 Motion granted, for substantially the reasons set forth in the moving brief.*

Dated:  February 13, 2026
        New York, NY

Respectfully submitted,

/s/ *Andrew G. Devore*
**ROPES & GRAY LLP**
Andrew G. Devore
1211 Avenue of the Americas
New York, NY 10036
Telephone: (212) 596-9000

Douglas Hallward-Driemeier
2099 Pennsylvania Ave., N.W.
Washington, DC 20006
Telephone: (202) 508-4600

*Counsel for MOAC Mall Holdings LLC*