**Case No. 19 CIV 9140 (CM)**

# United States District Court
# for the Southern District of New York

IN RE SEARS HOLDINGS CORPORATION, *et al.*,

*Debtors.*

MOAC MALL HOLDINGS LLC,

*Appellant / Cross-Appellee,*

v.

TRANSFORM HOLDCO LLC,

*Appellee / Cross-Appellant,*

and

SEARS HOLDINGS CORPORATION,

*Debtor-Appellee.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/07/2026

**On Remand from the United States
Court of Appeals for the Second Circuit**

**NOTICE OF MOTION TO SEAL**

MEMO ENDORSED

**PLEASE TAKE NOTICE THAT,** MOAC Mall Holdings LLC ("MOAC") respectfully moves, pursuant to Federal Rule of Civil Procedure 5.2 and the Stipulated Protective Order (Dkt. No. 141), the Court for entry of an order permitting the filing under seal of Exhibit C attached to the Letter Motion (Dkt. No. 181, the "Trust Letter Motion") filed by the SRZ Liquidating Trust (the "Trust") on January 29, 2026, for sanctions under Rule 37 of the Federal Rules of Civil Procedure, which the Court denied on February 3, 2026, *see* Dkt. No. 184.

MOAC respectfully requests that the Court **GRANT** MOAC's motion and enter an order permitting the Trust to file Exhibit C attached to the Trust Letter Motion (Dkt. No. 181) under seal and to direct the clerk to maintain such exhibit under seal.

2/27/2026

Motion granted for substantially the reasons set forth in the motion. CM

Dated:  February 6, 2026
        New York, NY

Respectfully submitted,

/s/ *Andrew G. Devore*
ROPES & GRAY LLP
Andrew G. Devore
1211 Avenue of the Americas
New York, NY 10036
Telephone: (212) 596-9000

Douglas Hallward-Driemeier
2099 Pennsylvania Ave., N.W.
Washington, DC 20006
Telephone: (202) 508-4600

*Counsel for MOAC Mall Holdings LLC*